UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| HUGUETTE NICOLE YOUNG,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.   ) | Docket No. 1:20-cv-00367-NT |
| ) | |
| AARON FREY, in his official capacity  ) | |
| as Attorney General of Maine,  ) | |
| ) | |
| Defendant.  ) | |

### ORDER ON PLAINTIFF'S MOTION FOR LEAVE
### TO PROCEED *IN FORMA PAUPERIS* ON APPEAL

This case was dismissed for failure to pay the filing fee or comply with the Court's procedures for requesting a waiver of the fee (ECF No. 9). The Plaintiff appealed and filed a form affidavit (ECF No. 15-1) with the First Circuit to support her motion to proceed *in forma pauperis* on appeal (ECF No. 15). The First Circuit has transmitted the motion to me for action in the first instance. (ECF No. 15-2).

It appears from the financial affidavit submitted to the First Circuit and forwarded to me that the Plaintiff has decided that the information requested on the form is "not applicable" to her. For all but one question, she responds "N/A." I interpret her response to mean—not that she does not have income, assets, or expenses—but that she maintains she is not required to provide that information to the Court. This interpretation is further supported by the one question that she does answer, in which she indicates: "I am currently receiving federal Supplemental Nutrition Assistance Program (SNAP) benefits. This is all the information the court

needs (and is allowed to obtain from non prisoners) as evidence that I am under extreme financial stress and warrant a full fee waiver." I note that she writes "N/A" in the part of the form asking whether she receives anything for public assistance, further supporting my interpretation that she has willfully failed to provide the Court with the requested information. For the reasons stated in my orders on her motion to proceed *in forma pauperis* in the district court (ECF No. 6) and on her motion to reconsider (ECF No. 8), I disagree that 28 U.S.C. § 1915(a)(1) does not apply to non-prisoners. Because that statute applies to the Plaintiff and the Plaintiff has not provided information sufficient to determine whether she qualifies to proceed *in forma pauperis*, the Court **DENIES** the Plaintiff's motion for leave to proceed *in forma pauperis* on appeal (ECF No. 15).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 2nd day of March, 2021.

2